PATRICK NEYLAN, Respondent, *v.* JAMES REILLY'S SONS
　　COMPANY, Appellant.

*Neylan* v. *Reilly's Sons Co.*, 136 App. Div. 938, affirmed.
　(Argued October 24, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered February 14, 1910, modifying and affirming as
modified a judgment in favor of plaintiff entered upon a
verdict in an action to recover ·for personal injuries

alleged to have been sustained by plaintiff through the negligence of defendant.

*H. Schieffelin Sayers* and *Guernsey Price* for appellant.

*Nelson L. Keach* and *Louis Steckler* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.